AO 91 (Rev 11/11) Criminal Complaint                                AUSA KELLEY

# UNITED STATES DISTRICT COURT
## for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Ronnie E MURDOCK JR. | ) Case No. 2:20-mj-450 |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 24, 2020** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
**SEE ATTACHED**

☑ Continued on the attached sheet.

*Complainant's signature*

S Chappell ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2-26-20

*Judge's signature*

City and state: Columbus Ohio

US Magistrate Judge
*Printed name and title*

**PROBABLE CAUSE AFFIDAVIT**
**Ronnie Murdock**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. On or about October 31, 2007, Ronnie E MURDOCK (hereinafter MURDOCK) pled guilty to one count of Attempted Burglary a felony of the 3rd degree (criminal Case Number 07CR001536) in the Franklin County, Ohio Court of Common Pleas. Records show that MURDOCK was present in court when he was sentenced.

3. On or about October 21, 2016, MURDOCK pled guilty to one count of Robbery a felony of the 2nd degree (criminal Case Number 15CR006082) in the Franklin County, Ohio Court of Common Pleas. Records show that MURDOCK was present in court when he was sentenced.

4. On or about June 24, 2020 at approximately 7:20 p.m. A Columbus Police Officer was working in the Emergency Operation Center, assigned to monitor the protest and incidents that occurred during these protest. The Officer witnessed on camera a known male, Mr. Ronnie Earl MURDOCK Jr. carrying a rifle while attending a protest near West Broad Street and Front Street. The Officer knew that MURDOCK had a criminal history and believed that he could not possess a firearm. The Officer contacted a Detective with the Columbus Police Gun Crimes Unit. The Detective verified MURDOCK was prohibited from possession of a firearm due to past felony convictions. During the time officers were monitoring MURDOCK they observed him passing the rifle to another male later identified as Javon L'Juan COLEMAN. COLEMAN and MURDOCK passed the rifle back and forth several times.

5. At approximately 9:30pm Columbus Police SWAT Officers located MURDOCK standing next to Mr. Javon L'Juan COLEMAN at West Broad Street and Front Street. At this time COLEMAN was holding the rifle that MURDOCK had been observed with previously. MURDOCK was placed under arrest without incident and the officers recovered the rifle from COLEMAN. The rifle, a Bushmaster semi-automatic 2.23 caliber rifle bearing serial number L231028 was found loaded with the magazine inserted into the rifle with 31 live rounds of ammunition in the magazine. During a search of MURDOCK a gun lock was found.

6. MURDOCK was transported to Columbus Police Headquarters where he was interviewed. MURDOCK stated that the Bushmaster semi-automatic 2.23 caliber rifle was owned by his friend Christopher MELENDEZ. MURDOCK stated that the guy who was holding the rifle at the time it was recovered is known as "Money". Investigators believe Money to be COLEMAN. MURDOCK stated that when he was at West Broad St and Front St he had been in possession of an AR paintball gun that looked exactly like the recovered rifle. When asked if he ever touched the Bushmaster semi-automatic 2.23 caliber rifle MURDOCK responded "I might have touched it at my house before I might of..I don't..probably that's

**PROBABLE CAUSE AFFIDAVIT**
**Ronnie Murdock**

about the only time I've touched it." When asked about the gun lock found in his pocket MURDOCK responded that he was holding it for the lady he was with who took it off her gun. MURDOCK stated the woman did not have any pockets to hold it. MURDOCK stated that he knows he can't be in possession of a firearm.

7. Investigators reviewed videos posted to social media. Investigators viewed a video taken by MURDOCK and posted on or about June 21, 2020. During the video MURDOCK states "I do got my stick down here you hear me I do have my pole down here." Investigators know the terms "pole" and "stick" to refer to a firearm. Later in the video MURDOCK states "I can't bring out my AR because they're going to be on my ass but Rico's allowed to have his out he brings his".

8. It was determined that the aforementioned firearm seized from MURDOCK on or about June 24, 2020 was NOT manufactured in the State of Ohio and therefore travelled in interstate commerce to reach the State of Ohio.

9. The aforementioned offense occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

10. Based on this information, your affiant believes probable cause exists that MURDOCK possessed a firearm after having been convicted of a crime punishable by more than one-year incarceration, in violation of 18 U.S.C. 922(g)(1).

_____
ATF TFO Samuel Chappell

Sworn to and subscribed before me this day of 26, June 2020, at _____ Columbus, Ohio.

_____
U.S. MAGISTRATE JUDGE